## CERTIFICATION OF PLAINTIFF

I, Kelli Harvey, ("Plaintiff"), declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a draft complaint against CA, Inc. ("CA") and its board of directors and has authorized the filing of a complaint substantially similar to the one I reviewed.

2. Plaintiff did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in CA securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

5. In the past three years, Plaintiff has not sought to serve nor has served as a representative party on behalf of a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing information is correct to the best of my knowledge.

Signed this 3rd day of August, 2018.

_Kelli Harvey_
Kelli Harvey

Benefit History

| | Purchase Date ▲ | Purchase Price | Purchased Qty | Sellable Qty | Expected Gain/Loss | Est. Market Value |
|---|---|---|---|---|---|---|
| > | 12/31/2003 | $18.76 | 19.7212 | 19.7212 | +$498.36 | $868.32 |
| > | 06/30/2004 | $23.24 | 16.5652 | 16.5652 | +$344.41 | $729.37 |
| > | 12/31/2004 | $23.52 | 17.0054 | 17.0054 | +$348.79 | $748.75 |
| > | 06/30/2005 | $23.36 | 17.4441 | 17.4441 | +$360.60 | $768.06 |
| > | 12/31/2005 | $23.26 | 17.8431 | 17.8431 | +$370.67 | $785.63 |
| > | 06/30/2006 | $17.47 | 23.7561 | 23.7561 | +$631.02 | $1,045.98 |
| > | 12/29/2006 | $17.47 | 37.2131 | 37.2131 | +$988.45 | $1,638.49 |
| > | 06/29/2007 | $19.25 | 17.3121 | 17.3121 | +$428.94 | $762.25 |
| > | 12/31/2007 | $21.21 | 16.737 | 16.737 | +$381.97 | $736.93 |
| > | 06/30/2008 | $19.63 | 19.3631 | 19.3631 | +$472.52 | $852.56 |
| **Totals** | | | 202.9604 | 202.9604 | +$4,825.75 | $8,936.35 |