UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLI HARVEY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CA, INC., MICHAEL GREGOIRE, JENS ALDER, RAYMOND BROMARK, JEAN HOBBY, ROHIT KAPOOR, JEFFREY KATZ, KAY KOPLOVITZ, CHRISTOPHER LOFGREN, RICHARD SULPIZIO, LAURA UNGER, ARTHUR WEINBACH, COLLIE ACQUISITION CORP., and BROADCOM INC.,<br><br>　　　　　　Defendants, | Civil Action No. 1:18-cv-06996-JGK<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Kelli Harvey ("Plaintiff") hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to claims on behalf of the putative class in the Action. No class has been certified in the Action.

Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated:  September 24, 2018

**ROWLEY LAW PLLC**

By:  *S/ Shane T. Rowley*
　　　Shane T. Rowley
　　　Danielle Rowland Lindahl
　　　50 Main Street, Suite 1000
　　　White Plains, NY 10606
　　　Tel: (914) 400-1920
　　　Fax: (914) 301-3514

　　　*Attorneys for Plaintiff*